**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

CASE NO.: 2:23-cv-00316-JLB-NPM

AMBER LORTZ,

      Plaintiff,

-vs-

EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANS UNION, LLC,

      Defendants.

_____/

**NOTICE OF PENDING SETTLEMENT WITH DEFENDANT**
**TRANS UNION, LLC AND REQUEST FOR EXTENSION OF TIME**

Plaintiff, Amber Lortz, by and through the undersigned counsel, hereby gives notice to this Court of a pending settlement with regard to Defendant, Trans Union, LLC ("Trans Union"), in the instant matter. Plaintiff and Trans Union have reached a settlement in principal and are in the process of drafting, finalizing, and executing formal settlement documents.

Upon completion of same, the parties will file the appropriate dismissal documents with the Court. As such, Plaintiff requests an extension of thirty (30) days to file the aforementioned dismissal documents with the Court.

Respectfully submitted,

*/s/ Christopher Legg*
Christopher W. Legg, Esq.
Florida Bar No.: 44460
Chris@theconsumerlawyers.com

The Consumer Lawyers, PLLC
412 E. Madison St., Ste. 916
Tampa, Florida 33602
Phone: 813-299-8537
Facsimile: 844-951-3933

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Christopher Legg*
Christopher W. Legg, Esq.
Fla. Bar No.: 44460