**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

AMBER LORTZ,

   Plaintiff,

v.                                                    CASE NO.: 2:23-cv-00316-JLB-NPM

EXPERIAN INFORMATION
SOLUTIONS, INC., and TRANS
UNION, LLC,

   Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO TRANS UNION, LLC

COMES NOW Plaintiff, AMBER LORTZ and the one remaining Defendant, TRANS UNION LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant, TRANS UNION LLC, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 3rd day of August, 2023.

**/s/ Christopher Legg**
Christopher W. Legg, Esq.
Florida Bar #: 0044460
Telephone: 954-962-2333
Primary Email:
Chris@theconsumerlawyers.com

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

**/s/Charlotte Long**
Charlotte Long, Esq.
Florida Bar No. 0112517
Charlotte.long@transunion.com
Trans Union LLC
555 W. Adams Street
Chicago, IL 60661
Telephone: 469-578-1464
Counsel for Defendant Trans Union, LLC

2