UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

AMBER LORTZ,

　Plaintiff,

Vs.                                              CASE NO.: 2:23-cv-00316-JLB-NPM

EXPERIAN INFORMATION
SOLUTIONS, INC. and TRANS
UNION LLC

　Defendants.
_____/

### NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

COMES NOW Plaintiff, AMBER LORTZ, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 30th day of August 2023.

　　　　　　　　　　　　　　　　　　　　／s/Christopher Legg
　　　　　　　　　　　　　　　　　　　　Christopher W. Legg, Esq.
　　　　　　　　　　　　　　　　　　　　Florida Bar #: 0044460
　　　　　　　　　　　　　　　　　　　　Telephone 954-962-2333
　　　　　　　　　　　　　　　　　　　　Primary Email:
　　　　　　　　　　　　　　　　　　　　Chris@theconsumerlawyers.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 30th day of August, 2023, via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/Christopher Legg**
Christopher W. Legg, Esq.
Florida Bar #: 0044460
Telephone 954-962-2333
Primary Email:
Chris@theconsumerlawyers.com
*Attorney for Plaintiff*

.